```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
            WESTERN DIVISION
```

| | |
|---|---|
| DOROTHY MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 24-cv-2844-JPM-tmp ) |
| FEDERAL EXPRESS CORP., | ) ) |
| Defendant. | ) ) |

**ORDER DENYING PLAINTIFF'S "MOTION TO ASSERT FUNDAMENTAL RIGHTS"**

On April 17, 2025, *pro se* plaintiff Dorothy Morgan filed a motion styled "Motion to Assert Fundamental Rights."[1] (ECF No. 19.) Morgan seeks to assert various constitutional rights, including due process. (Id.) She asks that the "court recognize her *pro se* status and ensure that she is not disadvantaged or compelled to waive any rights involuntarily." (Id. at PageID 74.) Morgan is correct that many of these rights are indeed fundamental. However, they do not need to be asserted by motion, and because it is otherwise unclear what relief Morgan is seeking, the court deems that Morgan's motion is unnecessary. Accordingly, the motion is DENIED.

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management of all pretrial matters for determination and/or report and recommendation, as appropriate.

IT IS SO ORDERED.

                                        s/Tu M. Pham  
                                        TU M. PHAM  
                                        Chief United States Magistrate Judge

                                        April 29, 2025  
                                        Date