# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DOROTHY MORGAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-02844-SHL-tmp |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
|     Defendant. ) | |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 4th day of June, 2025.

                                                 s/ Sheryl H. Lipman
                                               SHERYL H. LIPMAN
                                               CHIEF UNITED STATES DISTRICT JUDGE